John H. Shufelt, as assignee of David W. Trumpeller, Charles O. Livingston and Jonathan C. Greeley, appellants, vs. David Ambach, Michael Ambach, Max Ambach, Joseph Burgunder and Henry Burgunder, partners as Ambach, Burgunder & Co., and forty-five others, Appellees.

Appeal from Circuit Court, Duval county.

*M. C. Jordan and W. B. Owen*, for Appellants.

*A. W. Cockrell & Son*, for Appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the complainants, and the defendants appeal. The decree is affirmed.

Decision Per Curiam.

---

William P. Spiers and James R. Palmer, partners as Spiers & Palmer, Plaintiffs in Error, vs. W. P. Marcy, George L. Baker, A. E. Rankin and E. D. Burnham, partners doing business as Marcy Bros. & Co., Defendants in Error.

Writ of Error to Circuit Court, Duval county.

*W. P. Ward*, for Plaintiffs in Error.

*James R. Challen*, for Defendants in Error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error.

Writ of error dismissed on praecipe of counsel for plaintiffs in error.